# B. B. LARSON v. K. O. SLETTE and Others.[1]

April 24, 1914.

Nos. 18,447—(35).

**Findings sustained by evidence.**

> The evidence justifies the finding of the court that the defendants did not sell and appropriate the proceeds of certain livestock belonging to the plaintiff, or cause to be driven away and lost certain other livestock belonging to him.

Action removed to the district court for Clay county to recover $10,000 for selling certain horses and cattle in the possession of plaintiff and withholding the proceeds of the sale from him. The case was tried before Taylor, J., who made findings and dismissed the action. Plaintiff's motion for amended findings was denied. From an order denying plaintiff's motion for a new trial, he appealed. Affirmed.

*F. H. Peterson,* for appellant.
*Christian G. Dosland,* for respondent.

DIBELL, C.

The plaintiff appeals from an order denying his motion for a new trial.

The complaint alleges that on May 17, 1904, the plaintiff was in the possession of some 410 head of horses and some 1500 head of cattle in Montana; that the defendants fraudulently conspired and confederated together, caused certain of the stock to be sold, and appropriated the proceeds, and caused certain other of the stock to be driven from the state of Montana, and to be scattered and lost. Damages are demanded in the sum of $10,000.

The case was tried to the court without a jury. The court found that the allegations of the complaint were not established. The finding is amply justified.

Order affirmed.

[1] Reported in 146 N. W. 1095.